UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dashawn williams

Write the full name of each plaintiff.

No. ______________
(To be filled out by Clerk's Office)

-against-

Nyc, Newyork city,
Nyc police Department
114th precinct John Doe /
Jane Doe officers, Defendant's

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes ☐ No

RECEIVED
SEP - 8 2026
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☐ Other: ______________________

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Dashawn C Williams

First Name Middle Initial Last Name

______________________

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

2412502055 0215365 7N

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

______________________

Current Place of Detention

1600 Hazen street East E LMHurst

Institutional Address

Queens Ny 11370

County, City State Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: ______________________

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: the city of New York

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

34-16 Astoria blvd, Ny 11103

County, City State Zip Code

Defendant 2: city of New York 114th Precinct John Doe

First Name Last Name Shield #

officers involved in arrest No. Q25635686

Current Job Title (or other identifying information) Detective, yeaman

Current Work Address

34-16 Astoria blvd, Ny, 11103

County, City State Zip Code

Defendant 3: John Doe

First Name Last Name Shield #

Detective, involved in arrest No. Q25635686

Current Job Title (or other identifying information)

114th Precinct

Current Work Address

34-16 Astoria blvd, Ny, 11103

County, City State Zip Code

Defendant 4:

First Name Last Name Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City State Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Manhattan Parole

Date(s) of occurrence: July 24, 2025

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

That Plaintiff was falsely arrested while visiting his parole officer, on Robbery charges. That Plaintiff was arrested on a ICARD. That Plaintiff was arrest under arrest No. Q 25635686 by two John Doe Detectives from the 114th Precinct, in Queens, New York. That the plaintiff was subjected to illegal detention, in restraints of his liberty for over 24 hours and when plaintiff went to central booking the District Attorney Queens County dismissed all charges prior to criminal court arraignment. The Plaintiff was released but far away from his place of residence, in which he had to find a way home. officers took the $220.00 cash plaintiff had in his pocket's and failed to provide plaintiff a receipt for this money. The Defendant's are each being sued

in their individual and official capacities.

cause of action for warrantless, false arrest without probable cause

cause of action for illegal detention, retention, harassment's

cause of action for theft of money, and

cause of action for false charges that were dismissed.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received. Defendants took my cash,

False Arrest, illegal detenion, retention, harassment, illegal restrains of liberty, false charges, arrest without probable cause, warrantless arrest and other injuries to the extent of plaintiff's damages, embarrassment, mental distress, anxiety, fear, mental anguish.

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

compensatory damages ($2,000,000.00) two million Dollars; and

punitive damages ($10,000,000.00) Ten million Dollars; and

Pro Bono counsel and reasonable Attorney's fee's paid by the Defendants, and for money to pay for the expenses to litigate this civil action and waiver of the filing fee's.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

7/13/2026

Dated

Plaintiff's Signature

| First Name | Middle Initial | Last Name |
|---|---|---|
| Dashawn | C | Williams |

Prison Address: 16-00 Hazen Street East Elmhurst

| County, City | State | Zip Code |
|---|---|---|
| New York | | 11370 |

Date on which I am delivering this complaint to prison authorities for mailing: ____________

DISTRICT ATTORNEY QUEENS COUNTY
125-01 Queens Boulevard
Kew Gardens, New York 11415-1568
718-286-6000

Melinda Katz
District Attorney

July 25, 2025

DASHAWN WILLIAMS
600 E 125 ST
NEW YORK, NY 10035

Dear Mr. WILLIAMS:

Please be advised that a review of the records of the Queens County District Attorney's Office indicates that your arrest under arrest number: Q25635686, arrest date: 07/24/2025, was dismissed by this Office prior to Criminal Court arraignment.

This serves as a final disposition of this arrest number.

A sealing order has been or will be filed by this Office with the Division of Criminal Justice Services (DCJS) and the New York City Police Department.

You should confirm with DCJS that this record has been sealed by calling 1-800-262-DCJS or writing to:

The New York State Division of Criminal Justice Services
80 South Swan Street
Albany, New York 12210
Attention: Sealing Unit

Very truly yours,

KEVIN DUDDY
ASSISTANT DISTRICT ATTORNEY

Dashawn williams
B/C# 2412502055
1600 Hazen St East Elmhurst, Ny, 11370

RECEIVED
SDNY PRO SE OFFICE
2026 SEP -8 PM 4: 02

USDC SDNY

FIRST-CLASS

To: 500 PEARL st 2nD floor Ny, Ny, 100